*Wednesday, May 11, 1994*

## MOTION DOCKET

93–1508. N. Olmsted Bd. of Edn. v. Limbach. Board of Tax Appeals, No. 90–R–971. On motion to file surreply brief instanter and request for oral argument. Motion and request denied.

94–587. Fornshell v. Tiller. *Warren County*, No. CA93–07–051. On motion for stay. Motion denied.

PFEIFER, J., dissents.

94–598. Am. Seaway Foods, Inc. v. Belden S. Assoc. Ltd. Partnership. *Stark County*, No. CA–9260. On motion for stay. Motion granted.

94–720. State ex rel. Jacoby v. Rumer. In Prohibition. On motion for stay. Motion denied. MOYER, C.J., dissents.

*Wednesday, May 18, 1994*

## MERIT DOCKET

· 94–252. State ex rel. Flora v. Gaughan. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–389. Birkofer v. Indus. Comm. In Mandamus and Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–515. State ex rel. Wilson v. Gerken. In Procedendo. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–526. State ex rel. Carter v. Ohio Adult Parole Bd. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–548. State ex rel. Wall v. Ohio Adult Parole Auth., Dept. of Rehab. & Corr. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–573. State ex rel. Scullen v. Shoemaker. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–600. State ex rel. Laguta v. Corrigan. In Quo Warranto. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–621. State ex rel. Reasoner v. Keith. In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

94–639. Neyland v. Lucas Cty. Children Serv. Bd. In Habeas Corpus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, F.E. SWEENEY and PFEIFER, JJ., concur.

RESNICK, J. not participating.